**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IR RE HEDRON HOLDINGS, LLC, ET AL.** | **CIVIL ACTION** |
| | **NO. 21-2295 C/W** |
| | **22-205** |
| | **SECTION "O"** |

**CONDITIONAL ORDER OF PARTIAL DISMISSAL**

United States Magistrate Judge Janis van Meerveld has informed the Court that the last personal injury claim (the claim of Evan Plybon) against Defendants RUSCO Operating, LLC, Talos Energy LLC, Talos Energy Operating Company LLC, Talos Production Inc., Hedron Holdings, LLC, and Triton Diving Services, LLC pending in this case has settled.[1]

Accordingly,

**IT IS ORDERED** that in light of this settlement, all claims pending in consolidated case *Talos Production Inc. v. Triton Diving Services, LLC*, No. 21-cv-2295 (E.D. La.) are dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The matter of *Talos Production Inc. v. Triton Diving Services, LLC*, No. 21-cv-2295, will be administratively closed.

---

[1] ECF No. 227.

**IT IS FURTHER ORDERED** the motions[2] for summary judgment filed by Talos Energy LLC and Talos Energy Operating Company (Rec. Doc. 184), and by Talos Production, Inc. (Rec. Doc. 185), are **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the issues raised by the motion[3] for leave to file cross-claim and third party complaint filed by Talos Energy LLC, Talos Energy Operating Company LLC, and Talos Production Inc. (Rec. Doc. 217) in consolidated case *In Re Hedron Holdings, LLC*, No. 22-cv-205 (E.D. La.), remain live,[4] as does *In Re Hedron Holdings, LLC*, No. 22-cv-205 itself.

**IT IS ORDERED** that this Court retains jurisdiction for all purposes, including enforcing the parties' settlement.

New Orleans, Louisiana, this 30th day of September, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[2] ECF Nos. 184 and 185.

[3] ECF No. 217.

[4] The parties have also advised that insurance litigation pending in state court is not impacted by the settlement.

2